1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Tel: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:10-cr-00083 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER |
| v. | ) | |
| | ) | Date:  June 28, 2010 |
| EZEQUIEL ESTRELLA, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference now set for June 7, 2010, may be continued to June 28, 2010, at 9:00 a.m.**

The reason for the continuance is to allow time for further case preparation, defense investigation, availability of counsel, preparation of a fast-track pre-plea presentence report, and plea negotiations. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the

///

calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: June 2, 2010                         Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                     By:    /s/ Ian L. Garriques
                                            IAN L. GARRIQUES
                                            Assistant U.S. Attorney


Dated: June 2, 2010                  By:    /s/ Win Eaton
                                            WIN EATON
                                            Attorney for Defendant


**O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 3, 2010**                   /s/ **Anthony W. Ishii**
                                            CHIEF UNITED STATES DISTRICT JUDGE