```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Tel: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00083 AWI |
| Plaintiff, | REVISED STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| EZEQUIEL ESTRELLA, | Date: August 23, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference now set for June 28, 2010, may be continued to August 23, 2010, at 9:00 a.m.**

The reason for the continuance is to allow time for further case preparation, defense investigation, availability of counsel, preparation of a fast-track pre-plea presentence report, and plea negotiations. The probation officer recently received a consent form to prepare a presentence report, and the parties are awaiting the report to reach a potential resolution. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the

public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: June 24, 2010                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  /s/ Ian L. Garriques
                                        IAN L. GARRIQUES
                                        Assistant U.S. Attorney


Dated: June 24, 2010               By:  /s/ Win Eaton
                                        WIN EATON
                                        Attorney for Defendant


**O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:      June 24, 2010        _____
                                 CHIEF UNITED STATES DISTRICT JUDGE