IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>  vs.<br><br>EZEQUIEL ESTRELLA,<br><br>  Defendant. | No. CR-10-83-AWI<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on AUGUST 23, 2010 to 6 months in custody (Time Served),

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 8-23-10

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1